**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: July 20, 2009
Court Reporter:    Paul Zuckerman
Probation Officer: Laura Ansart
Interpreter:       Adrianna Weisz

Criminal Action No. 08-cr-00434-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Guy Till

        Plaintiff,

v.

MARIO VARELA-MUNOZ,                          Marc Milavitz

        Defendant.

---

**SENTENCING MINUTES**

---

**9:25 a.m.    Court in session**.

Defendant present in custody.

**Change of Plea Hearing on April 20, 2009. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure. (**Doc. #124**) No further argument by Mr. Till. Defendant has no objection.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:   The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** Government's Motion for Departure (**Doc. #124**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:48 a.m.** **Court in recess.**

Total Time: 23 minutes.
Hearing concluded.